**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00411-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

ARNOLD A. CARY,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor, State of Colorado,
RICK RAEMISCH, Executive Director, CDOC,
JAMES FALK, Warden, SCT,
MAURICE FAUVEL, D.O., SCT, Physician,
KERI MCKAY, P.A., SCF, Physician Assistant,
KELSEY PRUSHA, R.N., SCF, Registered Nurse,
KEVIN VORWALD, Captain, SCF,
LT. PAGE, Lieutenant, SCF,
LT. MOON, Lieutenant, SCF,
LT. LUECK, Case Manager, SCF, and
LT. HERREA, Case Manager, SCF,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff, Arnold A. Cary, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the correctional facility in Sterling, Colorado. He submitted *pro se* a Prisoner Complaint (ECF No. 1). As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>  X  </u>    is not submitted (<u>must use and complete the court's current form revised</u>

|       |      | 10/01/12 with Authorization and Certificate of Prison Official) |
|-------|------|---|
| (2)   | __   | is missing affidavit |
| (3)   | X    | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4)   | __   | is missing certificate showing current balance in prison account |
| (5)   | __   | is missing required financial information |
| (6)   | __   | is missing an original signature by the prisoner |
| (7)   | __   | is not on proper form |
| (8)   | __   | names in caption do not match names in caption of complaint, petition or habeas application |
| (9)   | __   | An original and a copy have not been received by the court. Only an original has been received. |
| (10)  | X    | other: § 1915 motion and affidavit and certified account statement only are necessary if $400.00 filing fee is not paid in full in advance. |

**Complaint, Petition or Application**:

| (11) | __ | is not submitted |
|---|---|---|
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | X | other: Fails to provide a copy of (or a citation to the docket number for) the order in No. 12-cv-02072-RM-KLM in which he was ordered to file a separate action. |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case manager or the facility's legal assistant) the Court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov, and shall use that form in curing the designated deficiencies. It is

2

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order**, the Prisoner Complaint and the action will be dismissed without further notice.

DATED February 14, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge