IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00411-BNB

ARNOLD A. CARY,
    Plaintiff,

v.

JOHN HICKENLOOPER, Governor, State of Colorado,
RICK RAEMISCH, Executive Director, CDOC,
JAMES FALK, Warden, SCT,
MAURICE FAUVEL, D.O., SCT, Physician,
KERI MCKAY, P.A., SCF, Physician Assistant,
KELSEY PRUSHA, R.N., SCF, Registered Nurse,
KEVIN VORWALD, Captain, SCF,
LT. PAGE, Lieutenant, SCF,
LT. MOON, Lieutenant, SCF,
LT. LUECK, Case Manager, SCF, and
LT. HERREA, Case Manager, SCF,
    Defendants.

MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion for "Clarification of Error Regarding Minute Order" filed on July 29, 2014 (ECF No. 9), is DENIED. Plaintiff seeks clarification of a minute order entered on September 16, 2013, by Magistrate Judge Kristen L. Mix in *Cary v. Tessier*, No. 12-cv-02074-RM-KLM (D. Colo. filed Aug. 6, 2012). *See* ECF No. 49 in No. 12-cv-02074-RM-KLM. Therefore, he must ask for clarification in No. 12-cv-02074-RM-KLM and not in the instant action.

    On June 26, 2014, the Court entered an order (ECF No. 6) in the instant action directing Plaintiff to file an amended Prisoner Complaint. On July 28, 2014, the Court entered a minute order (ECF No. 8) that granted him a fourteen-day extension of time in which to file the amended Prisoner Complaint. If through the July 29 motion for clarification Plaintiff is attempting to inform the Court that he does not intend to pursue the instant action and file that amended Prisoner Complaint as directed within the time allowed, he should notify the Court of that fact in a clear and concise manner.

Dated: July 30, 2014