## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00411-PAB-NYW

ARNOLD A. CARY,

      Plaintiff,

v.

JOHN HICKENLOOPER, Governor, State of Colorado,
RICK RAEMISCH, Executive Director, CDOC,
JAMES FALK, Warden, SCF,
MAURICE FAUVEL, D.O., Physician, SCF,
KERI MCKAY, P.A., SCF, Physician Assistant,
KELSEY PRUSHA, also known as Kelsey Dillinger, R.N., Registered Nurse, SCF,
KEVIN VORWALD, Captain, SCF,
PAGE, Lieutenant, SCF,
MOON, Lieutenant, SCF,
LUECK, Case Manager, SCF, and
HERREA, Case Manager, SCF,

      Defendants.

---

## ORDER RE-SETTING RULE 16(b) SCHEDULING CONFERENCE

---

IT IS ORDERED that the previously scheduled April 6, 2015 scheduling conference is hereby VACATED.  IT IS FURTHER ORDERED that the Scheduling Conference is re-set for **April 21, 2015 at 1:00 p.m.**, in Courtroom C-205, 2d Floor, Byron G. Rogers United State Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      **Plaintiff and his case manager shall contact the court at (303) 335-2600 on the above date and at the designated time in order to participate.**

IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

CASE MANAGER for
Arnold A. Cary
#136835

Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

DATED: April 3, 2015

BY THE COURT:

s/Nina Y. Wang_____
United States Magistrate Judge